guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1918. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Frances Schmidt, appellant. Gen. No. 23,713.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Mary Levin, appellant. Gen. No. 23,714.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Rose Blank, appellant. Gen. No. 23,715.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Elizabeth J. Mollan, appellee, v. Chicago City Railway Company and Calumet & South Chicago Railway Company, appellants. Gen. No. 24,714.

Action to recover for personal injuries in collision of automobile,

in which plaintiff was riding, with street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1918. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed April 7, 1919.

Charles LeRoy Brown, for appellants; John R. Guilliams and Joseph D. Ryan, of counsel. James C. McShane, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Julius Dushkin, appellant, v. Chicago Railways Company et al., appellees. Gen. No. 24,790.

Action to recover for personal injuries to passenger by being thrown from street car. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 7, 1919.

H. A. Barnhardt and Clinton A. Stafford, for appellant. Frank L. Kriete and William H. Symmes, for appellees; John R. Guilliams and Philip Rosenthal, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Eugene Quinn, by Lottie Quinn, appellee, v. City of Chicago et al. City of Chicago, appellant. Gen. No. 23,737.

Action to recover for personal injuries resulting from falling into open stairway in sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed April 29, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Vincent G. Gallagher and Ernest Messner, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Sam Feldman and Ignatz Engel, defendants in error, v. George J. Dreiske, plaintiff in error. Gen. No. 24,067.

Action to recover earnest money deposited by purchaser with vendor. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed April 29, 1919.

George J. Dreiske, *pro se.* No appearance for defendants in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Abner C. Loomis, appellee, v. Philip J. Sharkey et al. Philip J. Sharkey and Charles A. Peck, appellants. Gen. No. 24,223.

Action to recover on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29, 1919. · *Certiorari* denied by Supreme Court (making opinion final).

George E. Brannan, for appellants. Gann & Peaks, for appellee; Frederick Secord, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.